Argued and submitted November 25, 1997, reversed and remanded with instructions April 15, 1998

In the Matter of the Compensation of
Charles C. Taylor, Claimant.

Charles C. TAYLOR,
*Petitioner,*

*v.*

Fred W. JACK,
Charles McGlinchey, SAIF Corporation,
and Department of Consumer and Business Services,
*Respondents.*

(WCB No. 91-16775; CA A91856)

957 P2d 194

Dale C. Johnson argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson & Jensen.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent Department of Consumer and Business Services.

William J. Blitz argued the cause and filed the brief for respondents Fred W. Jack and Charles McGlinchey.

No appearance for SAIF Corporation.

Before De Muniz, Presiding Judge, and Deits,* Chief Judge, and Haselton, Judge.

PER CURIAM

Reversed and remanded with instructions to dismiss request for review. *Oldham v. Plumlee,* 151 Or App 402, 950 P2d 918 (1998).